IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:16CR55 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| REGINALD RUCKER, | ) | <u>CLERK'S NOTICE OF GARNISHMENT</u> |
| | ) | |
| Defendant. | ) | |

    You are hereby notified that a garnishment is being taken by the United States of America which has a judgment in Case Number 1:16CR55 in the United States District Court for the Northern District of Ohio, in the sum of $111,041.37. A balance of $110,482.02 remains outstanding.

    In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you can show that the exemptions apply. Attached to the Writ is a summary of the major exemptions which apply in Ohio.

    The exemptions that apply are those of the state where you have resided in the last 180 days. You have a right to ask the Court to apply any exemption to which you feel you are entitled or if you question this garnishment.

You have a right to ask the court to return your property to you if you think you do not owe the money to the Government that it claims you do, or if you think the property the Government is taking qualifies under one of the above exemptions.

If you want a hearing, you must notify the court within 21 days after receipt of this notice. Your request must be in writing.

If you wish, you may use this notice to request the hearing by checking the space below. You must either mail it or deliver it in person to the Clerk of the United States District Court at 801 West Superior Avenue, Suite 1-127, Cleveland, Ohio 44113.You must also send a copy of your request to the United States Attorney at United States Court House, 801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113 notifying the Government that you want a hearing.

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you think the Government is not entitled to the funds garnished.

If you think you live outside the Federal judicial district in which the court is located, you may request, no later than 21 days after your receive this notice, that this proceeding be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at 801 West Superior Avenue, Suite 1-127, Cleveland, Ohio 44113.You must also send a copy of your request to the Government at United States Court House, 801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The clerk is not permitted to give legal advice, but can refer you to other sources of information.

3

| February 23, 2017 | s/*Katherine King* |
|---|---|
| Date | Deputy Clerk, U. S. District Court |

_____ I request a hearing within 5 days.

| | |
|---|---|
| Date | Defendant/Debtor |